[No. 15761-6-II.   Division Two.   December 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER BREITENBAUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-01128-1, Thomas L. Lodge, J., entered January 17, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 28638-2-I.   Division One.   December 30, 1993.]

*In the Matter of the Marriage of* ARTHUR MELTON, *Respondent, and* PEGGY MELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-3-00658-8, David A. Nichols, J., entered June 13, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 29982-4-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. METCALFE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00595-2, Robert C. Bibb, J., entered January 3, 1992. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis, A.C.J., and Baker, J.